UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA FLORIDA

WILLIAM MILLIRON,

    Plaintiff,

v.                                        Case No. 3:16cv135-RV/CJK

WALTER O'NEIL SHIVER, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On April 6, 2016, the court directed plaintiff to submit the initial partial filing fee of $42.44 within thirty days. (Doc. 7). Plaintiff failed to submit the fee within the allotted time. On May 11, 2016, the court ordered plaintiff to show cause within fourteen days why this case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. (Doc. 8). To date, plaintiff has not submitted the initial partial filing fee or responded to the court's show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 27th day of May, 2016.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.