UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM MILLIRON,**

    **Plaintiff,**

v.                                  Case No. 3:16cv135-RV/CJK

**WALTER O'NEIL SHIVER, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 27, 2016 (doc. 9).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The plaintiff has filed a motion to voluntarily dismiss and request leave to refile without prejudice (doc. 10).

    Having considered the Report and Recommendation, and the plaintiff's motion, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this **1ˢᵗ** day of June, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**